```
Priority    ___
Send        ___
Enter       ___
Closed       ✓
JS-5/JS-6    ✓
JS-2/JS-3   ___
Scan Only    ✓
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANJA MADISON, | Case No. CV 12-7221-VBF (OP) |
| Petitioner, | JUDGMENT |
| v. | |
| UNKNOWN, | |
| Respondent. | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 9-5-12

*/s/ Valerie Baker Fairbank*
HONORABLE VALERIE BAKER FAIRBANK
United States District Judge

Prepared by:

*/s/*
HONORABLE OSWALD PARADA
United States Magistrate Judge